| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cox, Emmett R | 2. Court or Organization<br><br>U.S. Court of Appeals, Eleventh Circuit | 3. Date of Report<br><br>03/27/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>113 St. Joseph Street<br>Room 433<br>Mobile, AL 36602 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Secretary | 204 Oswalt Condominium Owners Association (see Section VIII for description) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR -2 A 10: 51 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 03/27/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 03/27/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NationsBank, N.A. | Secured promissory note | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 03/27/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EuroPacific Growth (Mutual Fund) | B | Dividend | K | T | | | | | |
| 2. Investment Company of America (Mutual Fund) | A | Dividend | J | T | | | | | |
| 3. RBC Centura Bank f.n.a. AmSouth Bank, NA (Acct) | A | Interest | J | T | | | | | |
| 4. BankTrust (Accounts) | A | Interest | J | J | | | | | |
| 5. The Vanguard Value Index Fund (Mutual Fund) | A | Dividend | J | T | Part Redempt | 06/12 | J | C | |
| 6. Harbor Capital Appreciation Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 7. Harris Assoc. Invt. Trust; Oakmark Int'l Fund (Mutual Fund) | B | Dividend | J | T | | | | | |
| 8. Longleaf Partners Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 9. Managers Funds, Special Equity Fund (Mutual Fund) | B | Dividend | J | T | | | | | |
| 10. Matthews Asian Growth & Income Fund (Mutual Fund) | B | Dividend | J | T | | | | | |
| 11. Northeast Investors Trust (Mutual Fund) | A | Dividend | J | T | | | | | |
| 12. Oak Value Trust Fund (Mutual Fund) | C | Dividend | J | T | | | | | |
| 13. Oppenheimer Real Asset Fund CL A (Mutual Fund) | B | Dividend | J | T | | | | | |
| 14. TCW Fds, Inc. Select Equities Fd CL N (Mutual Fund) | B | Dividend | K | T | Partial Sale | 04/30 | J | A | |
| 15. Third Avenue Real Estate Value Fd (Mutual Fund) | | None | | | Sale | 11/19 | J | C | |
| 16. TD Ameritrade Money Market f.n.a. TD Waterhouse Money Market | A | Dividend | J | T | | | | | |
| 17. Army Aviation Center FCU (Account) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 03/27/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Templeton Funds Alabama T/F Income Fund CL A (Mutua | C | Int./Div. | L | T | Buy | 03/06 | J | | |
| 19. | | | | | Buy | 11/19 | J | | |
| 20. | | | | | Buy | 11/21 | J | | |
| 21. Pimco FDS Developing Local MKT FD (Mutal Fund) | C | Dividend | K | T | | | | | |
| 22. Rainier Investment MGMT (Mutual Fund) | A | Dividend | J | T | | | | | |
| 23. AMCAP Fund Inc. (Mutual Fund) | A | Dividend | J | T | | | | | |
| 24. Ariel Appreciation Fund-CL A (Mutual Fund) | A | Dividend | J | T | | | | | |
| 25. Artisan Funds Inc. Int'l Fund (Mutual Fund) | B | Dividend | J | T | | | | | |
| 26. Franklin Templeton Funds Alabama T/F Income Fund (Mutual Fun | B | Int./Div. | K | T | | | | | |
| 27. Harris Associates INVT Trust Oakmark Select Fund (Mutual Fun | A | Dividend | | | Sale | 12/02 | J | | |
| 28. Harris Associates INVT Trust Oakmark Int'l Fund (Mutual Fund | B | Dividend | J | T | | | | | |
| 29. JP Morgan TR II US Real Estate FD (Mutual Fund) | A | Dividend | J | T | | | | | |
| 30. Julius Baer INVT FD Int'l Equity FD (Mutual Fund) | B | Dividend | J | T | | | | | |
| 31. Laudus TR Rosenberg US Discovery FD (Mutual Fund) | A | Dividend | J | T | | | | | |
| 32. Oppenheimer Developing Markets Fund (Mutual Fund) | A | Dividend | J | T | Partial Sale | 11/09 | J | B | |
| 33. Pimco Commodity Real Return Strategy Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 34. Selected American Shares Inc. (Mutual Fund) | A | Dividend | K | T | | | | | - |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sit New Beginning Tx Fr Inc f.n.a. Sit Tax-Free Income FD (M | A | Int./Div. | J | T | Partial Sale | 05/15 | J | | |
| 36. | | | | | Partial Sale | 08/10 | J | | |
| 37. Third Avenue Value Fund Inc. (Mutual Fund) | A | Dividend | J | T | | | | | |
| 38. Turner Funds (Mutual Fund) | | None | J | T | | | | | |
| 39. Vanguard INFL-Protected Secs (Mutual Fund) | A | Dividend | K | T | | | | | |
| 40. TD Ameritrade Money Market f.n.a. TD Waterhouse Money Market | A | Dividend | J | T | | | | | |
| 41. Longleaf Partners Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 42. Selected American Shares Inc. (Mutual Fund) | A | Dividend | J | T | Buy | 05/08 | J | | |
| 43. | | | | | Buy | 07/17 | J | | |
| 44. | | | | | Buy | 09/21 | J | | |
| 45. Janus Invt Fd Contrarian Fund (Mutal Fund) | | None | J | T | Buy | 12/26 | J | | |
| 46. IShares Russell 1000 Growth Fund | A | Dividend | J | T | Buy | 03/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 03/27/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section I. Positions

204 Oswalt Condominium Owners Association is a not-for-profit association that holds title to and manages the common areas for three condominium units, one of which is owned by Emmett R. Cox ▮▮▮▮▮▮▮

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cox, Emmett R | 03/27/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544